**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARINOS MARINOS, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>THE DISTRICT OF COLUMBIA, *et al.,* )<br>)<br>Defendants. )<br>) | Civil Action No. 1:20-cv-02828-RCL |

### JOINT MOTION FOR SETTLEMENT APPROVAL

Plaintiffs, Marinos Marinos, *et al.*, jointly with Defendants the District of Columbia and the Metropolitan Police Department, hereby submit this Joint Motion for Settlement Approval. For the reasons set forth in the attached Memorandum of Law and exhibits, the proposed settlement is fair and reasonable and should be approved. The signed Settlement Agreement (**Exhibit 1**) and a supporting declaration from Plaintiffs' counsel Gregory K. McGillivary (**Exhibit 2**) are attached hereto, as is a Proposed Order.

Specifically, the Parties respectfully request that this Court enter an Order approving the settlement reached by the Parties in this action as embodied in their Settlement Agreement as fair, reasonable, and adequate. Plaintiffs also request that, upon approval of the settlement, this Court enter an Order dismissing this case with prejudice, consistent with the Parties' Settlement Agreement.

Consistent with Local Civil Rule 7(m), the undersigned counsel discussed this matter with Defendants' counsel, who consented to the relief requested.

Dated: August 25, 2021                         Respectfully submitted,

                                               */s/ Gregory K. McGillivary*
                                               Gregory K. McGillivary (D.C. Bar No. 411029)
                                               Sarah M. Block (D.C. Bar No. 1026577)
                                               McGILLIVARY STEELE ELKIN LLP
                                               1101 Vermont Ave. NW
                                               Suite 1000
                                               Washington, DC 20005
                                               Phone: (202) 833-8855
                                               Facsimile: (202) 452-1090
                                               gkm@mselaborlaw.com
                                               smb@mselaborlaw.com

                                               *Counsel for Plaintiffs*

                                               KARL A. RACINE
                                               Attorney General for the District of Columbia

                                               CHAD COPELAND
                                               Deputy Attorney General
                                               Civil Litigation Division

                                               */s/ Fernando Amarillas*
                                               FERNANDO AMARILLAS [974858]
                                               Assistant Deputy Attorney General

                                               */s/ Richard P. Sobiecki*
                                               RICHARD P. SOBIECKI [500163]
                                               MATEYA B. KELLEY [888219451]
                                               Assistant Attorneys General
                                               Equity Section
                                               400 Sixth Street, N.W., Suite 10100
                                               Washington, D.C. 20001
                                               (202) 805-7521
                                               richard.sobiecki@dc.gov
                                               mateya.kelley@dc.gov

                                               *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on August 25, 2021, a copy of the foregoing document and accompanying memorandum and attachments were served on the following individuals by filing the documents on the Court's CM/ECF system:

Richard P. Sobiecki
Mateya B. Kelley
Assistant Attorneys General
400 Sixth Street NW, Suite 10100
Washington, DC 20001
richard.sobiecki@dc.gov
mateya.kelley@dc.gov

*Counsel for Defendants*

                                          /s/ *Gregory K. McGillivary*
                                          Gregory K. McGillivary