IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARINOS MARINOS, *et al.*,           )
                                      )
           Plaintiffs,                )
                                      )
vs.                                   )    Civil Action No. 1:20-cv-02828
                                      )
THE DISTRICT OF COLUMBIA, *et al.*,  )
                                      )
           Defendants.                )
                                      )

## ORDER

Upon consideration of the Parties' Joint Motion for Settlement Approval, it is hereby ORDERED that the Motion is granted, and further ORDERED:

(1) The Settlement Agreement, attached as Exhibit 1 to the Parties' Joint Motion for Settlement Approval, is approved, as it is fair and reasonable and in accordance with law;

(2) The above-captioned case is hereby dismissed with prejudice.

_____  8/27/21
UNITED STATES DISTRICT JUDGE